Zach Berne, ABA No. 1311098
Lanning M. Trueb, ABA No. 8911083
330 L Street, Suite 101
Anchorage, AK 99501
Phone: (907) 277-0161
Email: zberne@tbmaritimegroup.com
Email: Lmtrueb@msn.com

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| CHARLES B. WRIGHT,<br><br>                 Plaintiff,<br><br>v.<br><br>WARHORSE, O.N. 526288 and her engine, machinery, tackle, gear, appurtenances, apparel, furniture and equipment, *in rem*,<br><br>                 Defendant. | No.<br><br>**VERIFIED COMPLAINT *IN REM* FOR MARITIME PERSONAL INJURY DAMAGES** |

### ACTION UNDER SPECIAL RULE FOR SEAMEN TO SUE WITHOUT SECURITY AND PREPAYMENT OF COSTS
### (28 U.S.C. §1916)

Plaintiff Charles B. Wright, through counsel Trueb & Beard, LLC, alleges the following causes of action *in rem* against Defendant, the vessel WARHORSE, official number 526288 and her engine, machinery, tackle, gear, appurtenances, apparel, furniture, and equipment.

### JURISDICTION

1. This is a case of admiralty and maritime jurisdiction as herein more fully appears. This is an admiralty and maritime claim within the meaning of Fed. R. Civ. P. 9(h). This action is against the vessel, *in rem*, on which Plaintiff worked at the time of

his injury. All the *in rem* claims herein arise under the general maritime law, give rise to a preferred maritime lien, and are triable only on the admiralty side of this Honorable Court without jury. For the reasons noted more fully below, both jurisdiction and venue are appropriate before this Court.

2. Plaintiff is a citizen of the United States of America.

3. Plaintiff, a seaman, was injured while in the service of and while working aboard the tug WARHORSE while the vessel was on navigable waters of the Kuskokwim River.

4. On information and belief and at all material times, Kachemak Marine Haul Out Services LLC ("Kachemak Marine") and/or H2W Constructors Inc. and Foundations Services Inc., jointly doing business as Faulkner Walsh Constructors, (collectively referred to hereafter as "Vessel Employers") were Plaintiff's vessel employers.

5. On information and belief and at all material times, H2W Constructors, Foundation Services, Faulkner Walsh Constructors, and/or Kachemak Marine were the owners and/or owners pro hac vice and/or operators and/or charterers and/or controllers of the WARHORSE.

6. The *in rem* defendant WARHORSE is now and/or will, during the pendency of process hereinafter, be within this district and the jurisdiction of this Court.

7. This Court has both subject matter and personal jurisdiction over all of Plaintiff's claims.

8. Plaintiff's injuries occurred on or about October 16, 2021. Per 46 U.S.C. § 30106, plaintiff's claims are timely filed.

Complaint *In Rem* for Maritime Injuries
*Wright v. WARHORSE*  Page 2 of 7
Case 3:22-cv-00172-JMK   Document 1   Filed 07/22/22   Page 2 of 7

TRUEB & BEARD, LLC
330 L STREET, SUITE No. 101
ANCHORAGE, ALASKA 99501
PHONE (907) 277-0161
FAX (907) 277-0164

9. Plaintiff has filed a companion *in personam* state court lawsuit for Jones Act negligence, general maritime law negligence, unseaworthiness, maintenance and cure, unearned wages, and unpaid earned wages in the Superior Court for the State of Alaska, Fourth Judicial District at Bethel captioned *Charles B. Wright v. Foundation Services Inc., H2W Constructors Inc., Faulkner Walsh Constructors, and Kachemak Marine Haul Out Services LLC*, Case No. 4BE-22-00223CV.

10. On information and belief, Vessel Employers engaged Plaintiff to work on the WARHORSE at the time of Plaintiff's vessel injuries at issue in the instant litigation and companion state court lawsuit. Vessel Employers have denied or refused to acknowledge that they were Plaintiff's vessel employer at the time of his vessel injury and have refused to pay Plaintiff no-fault maritime benefits of maintenance, cure, and unearned wages.

## CLAIM FOR UNSEAWORTHINESS

11. Plaintiff hereby realleges and incorporates paragraphs 1-10.

12. On or before October 2021, Plaintiff was engaged as a seaman by Vessel Employers to be employed aboard the tug WARHORSE.

13. On or about October 16, 2021, Plaintiff was performing his duties aboard the WARHORSE while the vessel was moored to a seawall on the Kuskokwim River in Bethel, Alaska. The only means provided to access the vessel was a wooden plank leading from the vessel's deck to the seawall. While attempting to disembark the vessel via the plank, Plaintiff was seriously and permanently injured when he fell from the plank and landed between the WARHORSE and the seawall. At the time of his fall, the plank was slick from snow and ice and, due to the changing tide, was positioned at a steep

Complaint *In Rem* for Maritime Injuries
*Wright v. WARHORSE* Page 3 of 7
Case 3:22-cv-00172-JMK   Document 1   Filed 07/22/22   Page 3 of 7

angle leading up from the vessel to the seawall above. As a result of the fall Plaintiff sustained severe and permanent injuries to his head, neck, back, hand and other body parts.

14. A vessel owner has a duty to provide a seaworthy vessel, including its equipment and appurtenances, that was reasonably fit for its intended purpose. A breach of this duty gives rise to a preferred maritime lien against the vessel *in rem*.

15. Defendant breached said duties in Paragraph 14 by, without limit, failing to employ a reasonably safe means to embark and disembark the vessel and failing to properly design, construct, and maintain the vessel and its equipment, gear, and appurtenances.

16. Plaintiff's injuries were a direct legal and proximate result of the unseaworthy condition of the WARHORSE.

17. Plaintiff suffered damages including, but not limited to the following: (a) Plaintiff was prevented from and will in the future be prevented from pursuing his regular occupation, thereby suffering past lost income and diminished future earning capacity; (b) Plaintiff was prevented from and will in the future be prevented from enjoying the pursuits of life; (c) Plaintiff has suffered physical disfigurement and disability, which conditions will further deteriorate; (d) Plaintiff has suffered and will in the future suffer mental trauma and anguish as a result of his injuries; (e) Plaintiff has incurred and will in the future incur reasonable and necessary medical expenses, including but not limited to physician fees and medication, medical device, and life care costs; and (f) Plaintiff may have suffered other damages to be proven more definitely at trial. Plaintiff's damages are in excess of One Million Dollars ($1,000,000.00), to be proven more definitely at trial.

TRUEB & BEARD, LLC
330 L STREET, SUITE No. 101
ANCHORAGE, ALASKA 99501
PHONE (907) 277-0161
FAX (907) 277-0164

# CLAIMS FOR MAINTENANCE, CURE, & UNEARNED WAGES

18. Plaintiff hereby realleges and incorporates Paragraphs 1-17.

19. A vessel employer owes all seaman who become ill or injured while in the service of the vessel the no-fault maritime obligations of maintenance, cure, and unearned wages.

20. The vessel employer's obligation to pay maintenance, cure, and unearned wages is the most pervasive of all the obligations owed a seaman.

21. On information and belief and at all material times, Vessel Employers were Plaintiff's vessel employers.

22. Vessel Employers owed a duty to pay Plaintiff maintenance, cure, and unearned wages for the injuries Plaintiff sustained onboard and in service of the WARHORSE.

23. Plaintiff's rights and claims to maintenance, cure and unearned wages give rise to a preferred maritime lien against the *in rem* defendant, the WARHORSE.

24. Plaintiff also claims herein all future maintenance, cure and unearned wages to which he is entitled, all in an amount to be determined at trial.

WHEREFORE, PREMISES CONSIDERED, plaintiff prays this Court to hear his just cause of action, and that this Court require Defendant *in rem* to answer his just cause of action, and that he be awarded judgment against the *in rem* Defendant as follows:

1. That Plaintiff be awarded maintenance, cure and unearned wages against the *in rem* Defendant in an amount to be more fully determined at trial in this matter;

2. That Plaintiff be awarded compensatory damages and general damages and any other damages allowable under the general maritime law against the *in rem*

Defendant in a sum in excess of One Million Dollars ($1,000,000.00), in an amount to be more fully determined at trial in this matter.

3. That Plaintiff be adjudged a holder of a personal, preferred maritime lien against the vessel; and that the *in rem* Defendant be held to answer to an *in rem* judgement, with all available *in rem* procedures.

4. That plaintiff be awarded attorney's fees, prejudgment interest, post-judgment interest, costs, and any other relief in law or equity to which plaintiff is shown to be entitled.

TRUEB & BEARD LLC  
Attorneys for Plaintiff Charles B. Wright

DATED: 7/22/22    By: *s/ Zach Berne*  
Zach Berne  
330 L Street, Suite 101  
Anchorage, AK 99501  
Phone: (907) 277-0161  
Email: zberne@tbmaritimegroup.com

Complaint *In Rem* for Maritime Injuries  
*Wright v. WARHORSE*                                                        Page 6 of 7  
Case 3:22-cv-00172-JMK   Document 1   Filed 07/22/22   Page 6 of 7

TRUEB & BEARD, LLC  
330 L STREET, SUITE No. 101  
ANCHORAGE, ALASKA 99501  
PHONE (907) 277-0161  
FAX (907) 277-0164

Signature:

Email: charlesak123@icloud.com

# VERIFICATION

I, CHARLES B. WRIGHT, herein verify that I have read the Verified Complaint *in rem* against the WARHORSE, O.N. 526288, know the contents thereof, and that the same is true to the best of my knowledge and belief, based upon the information available to me.

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on __Jul 22, 2022_____.

_____
Charles wright (Jul 22, 2022 10:46 AKDT)
CHARLES B. WRIGHT, Plaintiff

Complaint *In Rem* for Maritime Injuries
*Wright v. WARHORSE* Page 7 of 7
Case 3:22-cv-00172-JMK   Document 1   Filed 07/22/22   Page 7 of 7

TRUEB & BEARD, LLC
330 L STREET, SUITE No. 101
ANCHORAGE, ALASKA 99501
PHONE (907) 277-0161
FAX (907) 277-0164